**James E. DORSEY and Maurine M. Dorsey, Plaintiffs–Appellees,**

v.

**UNITED STATES, Defendant–Appellant.**

**No. 2008–5101.**

United States Court of Appeals, Federal Circuit.

Sept. 26, 2008.

Stuart A. Smith, New York, NY, for Plaintiffs–Appellees.

David R. House, Department of Justice, Washington, DC, for Defendant–Appellant.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).